Case 4:21-cv-00035-MFU-CKM    Document 134    Filed 09/20/24    Page 1 of 1
Pageid#: 2598

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
September 20, 2024
LAURA A. AUSTIN, CLERK
BY KRISTIN AYERSMAN
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

TERRY N. PRESTON, )
)
   Plaintiff, )
) Case No. 4:21-cv-035
v. )
) By: Michael F. Urbanski
) Senior United States District Judge
LARRY & ALLEY, INC. and HARRY )
A. ALLEY, SR., )
)
   Defendants. )

### ORDER

In accordance with the representation made by counsel that this case has been resolved, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

All pending motions are **DENIED** as moot and deadlines **SUSPENDED**.

It is **SO ORDERED**.

Entered: September 18, 2024

Michael F. Urbanski
Senior United States District Judge